RECEIVED
IN LAKE CHARLES, LA

DEC -2 2013

TONY R. MOORE, CLERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:13 CR 00057-06 |
| VS. | : | JUDGE MINALDI |
| DENNIS LEE WIER | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objections to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed,[1] these findings and conclusions are accepted. Alternatively, this court finds that the proposed findings of fact and conclusions of law are entirely correct. Accordingly, it is

ORDERED that the guilty plea of the defendant, Dennis Lee Wier, is ACCEPTED and that Dennis Lee Wier is adjudicated guilty of the offense charged in Count Five of the Indictment.

Lake Charles, Louisiana, this __1__ day of November, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 341 issued November 1, 2013.